MARY V. WILLIAMS, as Administratrix of the Estate of THOMAS J. WILLIAMS, Deceased, Respondent, *v.* COUNTY OF SARATOGA, Appellant, Impleaded with PAUL WILEY, Defendant.

Argued November 24, 1943; decided January 6, 1944.

*John W. Nichols, County Attorney* (*John A. Slade* of counsel), for appellant.

*John F. Doyle* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.